```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 30402
    SHIRLEY IVY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-3109

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 08/16/2004 and was confirmed 10/20/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 10/22/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------
RESURGENT ACQUISITION LL   UNSECURED         5479.11           .00          5479.11
ECAST SETTLEMENT CORP      UNSECURED         4493.40           .00          4493.40
FIRST USA BANK             UNSECURED        NOT FILED          .00              .00
GE CAPITAL                 UNSECURED        NOT FILED          .00              .00
QVC NETWORK                UNSECURED        NOT FILED          .00              .00
HOUSEHOLD BANK             UNSECURED         1278.74           .00          1278.74
I C SYSTEMS INC            UNSECURED        NOT FILED          .00              .00
J C PENNEY                 UNSECURED        NOT FILED          .00              .00
SPIEGEL                    UNSECURED        NOT FILED          .00              .00
ECAST SETTLEMENT CORP      UNSECURED          839.25           .00           839.25
GREENBERG & ASSOC          DEBTOR ATTY       2,000.00                       2,000.00
TOM VAUGHN                 TRUSTEE                                            812.50
DEBTOR REFUND              REFUND                                               .00

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE           14,903.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                   12,090.50
ADMINISTRATIVE                               2,000.00
TRUSTEE COMPENSATION                           812.50
DEBTOR REFUND                                     .00
                  ---------------          ---------------
TOTALS            14,903.00                14,903.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 30402 SHIRLEY IVY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/28/08
                               /s/ Tom Vaughn
                               _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE


                              PAGE   2
    CASE NO. 04 B 30402 SHIRLEY IVY